■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY SNELL, Appellant. [616 NYS2d 296] —Judgment unanimously reversed on the law and new trial granted. Memorandum: The stipulation prepared following this Court's remittal *(People v Snell,* 203 AD2d 933) reveals that defendant was neither present at a *Sandoval* conference nor at a *Ventimiglia* hearing. The stipulation further reveals that County Court ruled, in defendant's absence, that the People could cross-examine defendant about a prior felony conviction if he testified. Moreover, the court's *Ventimiglia* ruling was not favorable to defendant *(see, People v Snell, supra).* Because defendant was not present at material stages of his trial, reversal is required *(see, People v Favor,* 82 NY2d 254; *People v Spotford,* 196 AD2d 179). (Resubmission of Appeal from Judgment of Monroe County Court, Marks, J.—Assault, 2nd Degree.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR BOOKER, Appellant. [616 NYS2d 296] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Robbery, 1st Degree.) Present—Denman, P. J., Pine, Lawton, Wesley and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILBERT IRIZARRY, Appellant. [616 NYS2d 268] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Sexual Abuse, 1st Degree.) Present—Denman, P. J., Pine, Lawton, Wesley and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MARLNEE, Appellant. [616 NYS2d 269] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Rape, 2nd Degree.) Present—Denman, P. J., Pine, Lawton, Wesley and Doerr, JJ.